# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shonna Counter,<br><br>    Plaintiff,<br><br>vs.<br><br>Douglas Emmett 1995, LLC, a Delaware Limited Liability Company; King's Seafood Company, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case No. CV 18-10404-GW-Ex<br>Assigned to Honorable George H. Wu<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: December 17, 2018<br>Trial Date: None Set |

KIN03-07:Stip for Dismissal - [Proposed] Order.DOCX:2-20-19     - 1 -     Case No. 2:18-cv-10404-GW-E

ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and with prejudice as to each and all of Plaintiff Shonna Counter's claims and causes of action as alleged in the above-referenced action.

2. The parties to this Stipulation are to bear their respective costs and attorneys' fees as against each other.

**IT IS SO ORDERED.**

Dated: February 20, 2019

_____
Hon. George H. Wu
United States District Judge

KIN03-07:Stip for Dismissal - [Proposed] Order.DOCX:2-20-19 - 2 - Case No. 2:18-cv-10404-GW-E

ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)